## AKIN v. BONFILS *et al.*

No. 6250. Opinion Filed December 7, 1915.

(153 Pac. 678.)

**APPEAL AND ERROR—Failure to File Brief—Affirmance.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Dudley, C.)

*Error from District Court, Blaine County;*
*James R. Tolbert, Judge.*

Action by F. G. Bonfils and others against Lee A. Akin. Judgment for plaintiffs, and defendant brings error. Affirmed.

*W. O. Woolman,* for plaintiff in error.

*C. F. Dyer* and *Foose & Brown,* for defendants in error.

Opinion by DUDLEY, C. The petition in error and the transcript of the record in this case were filed in this court on April 8, 1914. Neither party has filed a brief,

nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned. The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.